IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOSEPH SIMS, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | Civil Action No. 2:09-cv-368 |
| L-3 COMMUNICATIONS CORP., § | |
| L-3 COMMUNICATIONS WELFARE PLAN, § | |
| and PRUDENTIAL RETIREMENT § | |
| INSURANCE AND ANNUITY COMPANY, § | |
| § | |
| *Defendants*. § | |

## ORDER EXTENDING TIME TO RESPOND

Plaintiff Joseph Sims has moved to extend the time to respond to Defendants' Motion to Dismiss for three weeks, or until March 4, 2010. The Motion is not opposed. After considering the pleadings and the positions of the parties, the Motion is hereby GRANTED. Plaintiff's Response to Defendant's Motion to Dismiss is due on or before March 4, 2010.

SIGNED this 12th day of February, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE